■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUEL P. GARZONE, Appellant. [899 NYS2d 722]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered April 10, 2007. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.